**O**

# United States District Court
# Central District of California

| | |
|---|---|
| PHOENIX ENTERTAINMENT PARTNERS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H.H.S.S., INC., a California Corporation,<br><br>　　　　Defendant. | Case No. 2:15-CV-09458-ODW(RAO)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

　　　　On December 8, 2015, Plaintiff Phoenix Entertainment Partners, LLC, filed a complaint alleging that Defendant H.H.S.S., Inc., infringed on their trademark and engaged in unfair competition.  (Compl. 18-20, ECF No. 1.)   However, Defendant never filed an answer.  Plaintiff has taken no further action to prosecute this case.

　　　　Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than October 25, 2016, why the Court should not dismiss this action without prejudice for lack of prosecution.  No hearing will be held.  Failure to file a timely

written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

October 13, 2016

_____
            **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**